THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANHATTAN EGG COMPANY, INC., Appellant.— The testimony of defendant's witnesses concerning the extent of the inspection made of eggs coming from the warehouse prior to sale showed that, in effect, the eggs in the warehouse were being held for sale by a dealer in food. Judgment affirmed. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Heffernan, J., dissents and votes to reverse, dismiss the information and remit the fine.

MARIAN SHERMAN, Respondent, v. MICHAEL R. SUDAKOW et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 576.]

DICTOGRAPH PRODUCTS, INC., Appellant, v. YARDNEY ELECTRIC CORPORATION, Respondent.— Order affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Peck, P. J., dissents and votes to reverse and dismiss the second counterclaim upon the ground that it does not state facts sufficient to constitute a cause of action. [Order denied motion to dismiss, etc., second counterclaim in answer.] [See post, p. 942.]

BEHRAVESH COMPANY, INC., Respondent, v. PREMO PHARMACEUTICAL LABORATORIES, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of LEE H. SILBERSTEIN, Appellant, for an Order Restraining Arbitration. LORD CALVERT BEVERAGES, INC., Respondent.— In view of the reversal of the order granting defendant's motion for summary judgment and the judgment entered thereon (Silberstein v. Hirshleifer, ante, p. 354, decided herewith), the order dated January 31, 1951, vacating a previous order of December 5, 1950, staying arbitration between the parties and directing a preliminary trial of the issues is reversed, with $20 costs and disbursements to petitioner-appellant, and the order of December 5, 1950, reinstated and arbitration stayed pending trial. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Cohn and Van Voorhis, JJ., dissent on dissenting opinion of Van Voorhis, J., in Silberstein v. Hirshleifer (ante, p. 354, decided herewith). Settle order on notice.